FILED
OCT - 1 2026
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 00435 |
| TYSHAWN WEEMS, | ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | |

JUDGE FLEMING

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about April 15, 2026, in the Northern District of Ohio, Eastern Division, Defendant TYSHAWN WEEMS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Felonious Assault, on or about December 10, 2020, in case number CR-20-648794, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus, model G2C, 9mm caliber pistol, bearing serial number AGN689250, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation in Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant TYSHAWN WEEMS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following: a Taurus, model G2C, 9mm caliber pistol, bearing serial number AGN689250, with any ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.